# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER MILTON,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| **SECURITAS SECURITY SERVICES USA, INC.,** | : | **NO. 24-293** |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 24th day of April, 2025, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 14), and the response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
Hon. Mia R. Perez